```
1   R. Shawn Oller; AZ Bar No. 019233
    LITTLER MENDELSON
2   A Professional Corporation
    2425 East Camelback Road
3   Suite 900
    Phoenix, AZ  85016
4   Telephone:   602.474.3600
    Facsimile:   602.957.1801
5   Email:       soller@littler.com

6   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary H. Lombardi, a single woman, | Case No. CV 09-08146 |
| Plaintiff, | (Yavapai County Superior Court No. CV 820090432) |
| v. | **DEFENDANTS' NOTICE OF REMOVAL** |
| Copper Canyon Academy, LLC, a Delaware Limited Liability Company; CRC Health Group, Inc., a Delaware Corporation; Aspen Education Group, Inc., a California Corporation; Paul Taylor and Sarah Taylor, husband and wife; Josh White and Patricia White, husband and wife; Anne Harmes and Mark Harmes, wife and husband, | |
| Defendants. | |

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

PLEASE TAKE NOTICE that Defendants Copper Canyon Academy, LLC; CRC Health Group, Inc.; Aspen Education Group, Inc.; Paul Taylor and Sarah Taylor, husband and wife; Josh White and Patricia White, husband and wife; and Anne Harmes and Mark Harmes, wife and husband ("Defendants") hereby remove the above-entitled action from the Superior Court of the State of Arizona, Maricopa County, to the United States District Court

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1  for the District of Arizona, Phoenix Division, on the grounds that this Court has original
2  jurisdiction under 28 U.S.C. § 1331, and this action is one that may be removed to this Court
3  by Defendant pursuant to 28 U.S.C. §§ 1441(b), 1441(c), and 1446.

4      In support of this Notice of Removal of Civil Action, Defendants state:

5      1.    On August 3, 2009, Plaintiff Mary H. Lombardi filed a Complaint in the
6  Superior Court of Arizona, Yavapai County, entitled *Mary H. Lombardi v. Copper Canyon*
7  *Academy, LLC, CRC Health Group, Inc., Aspen Education Group, Inc., Paul Taylor and*
8  *Jane Doe Taylor, husband and wife; Josh White and Patricia White, husband and wife, and*
9  *Anne Harmes and Mark Harmes, wife and husband*, Case No. CV 820090432 ("Complaint").
10 Plaintiff's Complaint alleges, *inter alia*, violations of the Family and Medical Leave Act,
11 29 U.S.C. § 2601(a)(2), *et seq.*

12     On August 5, 2009, Plaintiff served Defendants Paul Taylor, Sara Taylor, Josh White,
13 Patricia White, and Anne Harmes with Plaintiff's Complaint, Summons, Certificate of
14 Compulsory Arbitration, and Jury Demand.

15     On August 6, 2009, Plaintiff served Defendant Cooper Canyon Academy, L.L.C. with
16 Plaintiff's Complaint, Summons, Certificate of Compulsory Arbitration, and Jury Demand.

17     On August 10, 2009, Plaintiff served Defendants CRC Health Group, Inc. and Aspen
18 Education Group, Inc. with Plaintiff's Complaint, Summons, Certificate of Compulsory
19 Arbitration, and Jury Demand.

20     On August 11, 2009, Plaintiff served Defendant Mark Harmes with Plaintiff's
21 Complaint, Summons, Certificate of Compulsory Arbitration, and Jury Demand.

22     2.    A true and correct copy of all processes, pleadings, and orders served upon
23 Defendants in the state court action is being filed with this Notice as required by 28 U.S.C.
24 § 1446(a) are attached hereto as **Exhibit 1**.

25     3.    Accordingly, Defendants have filed this Notice of Removal within 30 days
26 after receipt of the initial pleading setting forth a removable claim and it is timely filed under
27 28 U.S.C. § 1446(b). All Defendants consent to removal.

28

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

4.      This Court has original jurisdiction of this case because the lawsuit arises under federal law.  Plaintiff's Complaint alleges, *inter alia*, alleged violations of the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq.*

5.      Plaintiff asserts state law claims for wrongful discharge, breach of the implied covenant of good faith and fair dealing, intentional interference with contractual relations, breach of contract, intentional infliction of emotional distress, and negligent infliction of emotional distress.  Complaint ¶¶ 31, 33, 34, 35, 37, 38.  Plaintiff's state law claims are so related to the federal claims under the FMLA that they form part of the same case or controversy under Article III of the United States Constitution.  28 U.S.C. § 1367.

6.      Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district and division embracing the place where the state action is pending.

7.      The Notice to Adverse Parties of Removal to Federal Court is being filed in state court and served simultaneously herewith, in accordance with 28 U.S.C.§ 1446(d), and a copy is attached as **Exhibit 2**.

8.      The Notice to State Court of Removal of Civil Action to Federal Court is being filed in state court and served simultaneously herewith, in accordance with 28 U.S.C. § 1446(d), and a copy is attached as **Exhibit 3**.

DATED this 1st day of September, 2009

*/s/ R. Shawn Oller*
R. Shawn Oller
LITTLER MENDELSON, P.C.
Attorneys for Defendants

. . .
. . .
. . .
. . .

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-3-

1  I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 1st day of September, 2009:

2

3

4

5  Charles Anthony Shaw
140 North Granite Street
6  Prescott, Arizona 86301
Attorney for Plaintiff
7

8

   /s/ Jaye Sanschagrin
9
   Firmwide:91679655.2 053964.1000
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-4-