R. Shawn Oller; AZ Bar No. 019233
LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801
Email:   soller@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary H. Lombardi, a single woman, | Case No. CV 09-08146 |
| Plaintiff, | (Yavapai County Superior Court No. CV 820090432) |
| v. | **DEFENDANT CRC HEALTH GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| Copper Canyon Academy, LLC, a Delaware Limited Liability Company; CRC Health Group, Inc., a Delaware Corporation; Aspen Education Group, Inc., a California Corporation; Paul Taylor and Sarah Taylor, husband and wife; Josh White and Patricia White, husband and wife; Anne Harmes and Mark Harmes, wife and husband, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendant CRC Health Group, Inc., under Rule 7.1, Federal Rules of Civil Procedure.  The filing party hereby declares as follows:

No parent corporations or publicly held corporations own 10% or more of the party's stock.

. . .

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1  A supplemental disclosure statement will be filed upon any change in the information
2  provided herein.
3  DATED this 1st day of September, 2009.

*/s/ R. Shawn Oller*
R. Shawn Oller
LITTLER MENDELSON, P.C.
Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 1st day of September, 2009:

Charles Anthony Shaw
140 North Granite Street
Prescott, Arizona 86301
Attorney for Plaintiff

*/s/ Jaye Sanschagrin*

Firmwide:91696640.1 053964.1016

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-