R. Shawn Oller; AZ Bar No. 019233
LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:   602.474.3600
Facsimile:   602.957.1801
Email:          soller@littler.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary H. Lombardi, a single woman,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Copper Canyon Academy, LLC, a Delaware Limited Liability Company; CRC Health Group, Inc., a Delaware Corporation; Aspen Education Group, Inc., a California Corporation; Paul Taylor and Sarah Taylor, husband and wife; Josh White and Patricia White, husband and wife; Anne Harmes and Mark Harmes, wife and husband,<br><br>　　　　　Defendants. | Case No. Case No. CV 09-08146<br><br>(Yavapai County Superior Court No. CV 820090432)<br><br>**DEFENDANT ASPEN EDUCATION GROUP, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant Aspen Education Group, Inc. under Rule 7.1, Federal Rules of Civil Procedure.  The filing party hereby declares as follows:

LITTLER MENDELSON
A Professional Corporation
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

CRC Health Corporation owns 10% or more of the party's stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

DATED this 4th day of September, 2009.

*/s/ R. Shawn Oller*
R. Shawn Oller
LITTLER MENDELSON, P.C.
Attorneys for Defendants

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 4th day of September, 2009:

Charles Anthony Shaw
140 North Granite Street
Prescott, Arizona 86301
Attorney for Plaintiff


*/s/ ME Martin*

Firmwide:91861951.1 053964.1016

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600