**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary H. Lombardi, a single woman,<br><br>　　　　Plaintiff,<br>vs.<br><br>Copper Canyon Academy, LLC, et al.,<br><br>　　　　Defendants. | No. 09-CV-8146-PCT-PGR<br><br>**ORDER** |

　　Upon consideration of Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss,

　　IT IS HEREBY ORDERED GRANTING the Motion for Extension of Time. (Doc. #31.)

　　IT IS FURTHER ORDERED vacating the Scheduling Conference currently scheduled for Monday, February 8, 2010, at 11:00 a.m.

　　DATED this 28th day of December, 2009.

_____
Paul G. Rosenblatt
United States District Judge