**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary H. Lombardi, a single woman,<br><br>        Plaintiff,<br>vs.<br><br>Copper Canyon Academy, LLC, et al.,<br><br>        Defendants. | No. 09-CV-8146-PCT-PGR<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion to Exceed Page Limitations (Doc. 35), and good cause appearing therefor,

IT IS HEREBY ORDERED GRANTING the Motion to Exceed Page Limitations. (Doc. 35.)

IT IS FURTHER ORDERED that the Clerk of the Court shall file the Lodged Proposed Response to Defendants' Motion to Dismiss. (Doc. 36.)

DATED this 5th day of January, 2010.

Paul G. Rosenblatt
United States District Judge