WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Mary H. Lombardi, a single woman,   )   No. CV 09-08146-PCT-PGR
                                    )
          Plaintiff,                )
                                    )   **ORDER**
vs.                                 )
                                    )
Copper Canyon Academy, LLC, et al., )
                                    )
          Defendants.               )
_____)

Pursuant to the Plaintiffs' Unopposed Motion for Leave to Amend First Amended Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Amend First Amended Complaint is GRANTED. (Doc. 39.)

IT IS FURTHER ORDERED that Defendants' pending Motion to Dismiss (Doc. 29) is DENIED without prejudice.[1]

DATED this 11th day of January, 2010.

Paul G. Rosenblatt
United States District Judge

---

[1] In the event Defendants find it necessary to file another Motion to Dismiss, it shall be tailored to the Second Complaint, not simply a replica of the current Motion to Dismiss.