R. Shawn Oller; AZ Bar No. 019233
LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
Telephone:    602.474.3600
Facsimile:     602.957.1801

Attorneys for Defendants

Charles Anthony Shaw, AZ Bar No. 003624
LAW OFFICES OF CHARLES ANTHONY SHAW, PLLC
140 North Granite Street
Prescott, Arizona 86301
Telephone: 928.778.0801
E-mail:         tonyshaw@cableone.net

Michael A. Shaw, AZ Bar 022021
SHAW & SCHLEGEL LAW OFFICE, P.L.L.C.
698 Cove Parkway, Suite A
Cottonwood, AZ 86326
(928) 646-7348

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary H. Lombardi, a single woman, | Case No. CV 09-08146 PCT-PGR |
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| v. | |
| Copper Canyon Academy, LLC, a Delaware Limited Liability Company; CRC Health Group, Inc., a Delaware Corporation; Aspen Education Group, Inc., a California Corporation; Paul Taylor and Sarah Taylor, husband and wife; Josh White and Patricia White, husband and wife; Anne Harmes and Mark Harmes, wife and husband, | |
| Defendants. | |

The parties hereto, by and through their undersigned counsel, hereby stipulate that Plaintiff's claims against Defendants be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

1

DATED this 20th day of January 2011

2

3

4 | *s/ Charles Anthony Shaw, with permission* | *s/ R. Shawn Oller*
Charles Anthony Shaw | R. Shawn Oller
5 | LAW OFFICES OF CHARLES ANTHONY SHAW, PLLC | LITTLER MENDELSON, P.C.

6 | Attorneys for Defendants

Michael A. Shaw
7 | SHAW & SCHLEGEL LAW OFFICE, P.L.L.C.

8

Attorneys for Plaintiff

9

10 | I certify that the content of the foregoing document is acceptable to all persons required to sign the document and authorization to electronically sign this document has been obtained.

11

12

13

*s/ R. Shawn Oller*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-